UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 0 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 11-008 (ESH) |
| | ) |
| JOHANNA FOLAKE FAPOHUNDA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

In a hearing before Magistrate Judge Robinson on January 26, 2011, defendant Johanna

Folake Fapohunda entered a plea of guilty. On that date, the magistrate judge issued a Report

and Recommendation advising the Court to accept defendant's plea. The Court has received no

objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file

for consideration by the district judge written objections to the magistrate judge's proposed

findings and recommendations . . . within fourteen (14) days after being served with a copy

thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge

and accepts defendant's guilty plea.

**SO ORDERED.**

*Ellen S Huvelle*

ELLEN SEGAL HUVELLE
United States District Judge

Date: February 10, 2011